# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH  DIVISION

ALBERT BRADLEY, )
　 )
　　　　　Plaintiff, )
v. ) Case No.  CV414-165
　 )
OFFICER CHRISTOPHER TUCKER, )
et al., )
　 )
　　　　　Defendants. )

## O R D E R

Defendant Christopher Tucker, by and through his counsel Christopher Smith, filed a unilateral Rule 26(f) report stating that no Rule 26(f) conference was held because the plaintiff refused to cooperate.

Rule 26(f) contemplates that the report be prepared *after* the parties have conferred, and the rule places on the "attorneys of record and all unrepresented parties that have appeared in the case" the joint responsibility of arranging the conference and submitting the written report outlining a proposed discovery plan. Fed. R. Civ. P. 26(f)(emphasis added).  A party who is prepared to conduct the Rule 26(f) conference and

file the report may advise the Court of its inability to do so because of a noncooperating party, but it may not file a unilateral Rule 26(f) report.

Plaintiff is directed to show cause within 14 days from the entry of this Order why his case should not be dismissed for failure to participate in the Rule 26(f) conference and assist in the preparation of a proposed discovery plan. The failure to do so may result in the dismissal of this case.

**SO ORDERED** this _13th_ day of November, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA